AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JAMIE MCGOWEN<br><br>_____<br>Defendant | ) ) ) ) ) ) ) | Case No. ~~3:22-cr-00360-MO~~<br>8:22mj 740-DUTY<br><br>3:22-cr-00360-MO |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 17 2022

CENTRAL DISTRICT OF CALIFORNIA
BY  DTA                    DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **JAMIE MCGOWEN**_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud
Money Laundering
Bank Fraud

Date: __10/12/2022__

City and State: __Portland, OR__

_____s/S. Behrends_____
*Issuing officer's signature*

**S. Behrends, Deputy Clerk**
*Printed name and title*

### Return

This warrant was received on *(date)* __11/10/22__ , and the person was arrested on *(date)* __11/17/22__
at *(city and state)* __Aliso Viejo, CA__ .

Date: __11/17/2022__

_____
*Arresting officer's signature*

**Caroline Agan  Special Agent**
*Printed name and title*